# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

COUTINHO CAR + CO., USA, INC.          *
et al                                  *
                                       *
    Plaintiffs                         *
                                       *
    vs.                                *          Civil 96-2355 (PG)
                                       *
SEXTANT MARITIME, LTD., et al          *
                                       *
    Defendants                         *
                                       *
-------------------------------------------------*

**ORDER**

    It appears from the docket of this case that the complaint was filed on November 8, 1996, and that the only other pleading is a motion for extension of time to effect service of process, which was granted on October 21, 1997.  No further action having been taken, this case is hereby DISMISSED, with prejudice, for lack of prosecution.

    IT IS SO ORDERED.

    San Juan, Puerto Rico, this 9th day of September, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

