ENTERED ON DOCKET
3/16/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

COUTINHO CAR + CO., USA, INC., *
et al, *
    Plaintiffs, *
     *
    v. *    CIVIL NO. 96-2355(PG)
     *
SEXTANT MARITIME, LTD., *
et al, *
    Defendants. *

## JUDGMENT

The Court having entered Order on September 9, 1999, (Docket No. 6), dismissing the case with prejudice for lack of prosecution, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED with prejudice** for lack of prosecution.

San Juan, Puerto Rico, March 14, 2000.

                        JUAN M. PEREZ-GIMENEZ
                        U.S. District Judge



AO 72A
(Rev. 8/82)